DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CESAR IBARRA-SANTILLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>CESAR IBARRA-SANTILLAN,<br><br>　　　　　*Defendant.* | No. 1:08-cr-0381 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER<br><br>Date:　February 2, 2009<br>Time:　9:00 A.M.<br>Dept :　Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for January 12, 2009, **may be continued to February 2, 2009, at 9:00 A.M.**

This continuance is requested by counsel for the reason that counsel has not yet received the presentence investigation report to assist in possible resolution. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                              McGREGOR W. SCOTT  
                                              United States Attorney

DATED: January 7, 2009                 /s/ Ian Garriques  
                                              IAN GARRIQUES  
                                              Assistant United States Attorney  
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK  
                                              Federal Defender

DATED: January 7, 2009                 /s/ Rachel Hill  
                                              RACHEL HILL  
                                              Assistant Federal Defender  
                                              Attorney for Defendant  
                                              Cesar Ibarra-Santillan

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 7, 2009**                 /s/ Oliver W. Wanger  
                                              UNITED STATES DISTRICT JUDGE