DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CESAR IBARRA-SANTILLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-0381 OWW |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | |
| CESAR IBARRA-SANTILLAN, | Date: February 23, 2009<br>Time: 9:00 A.M.<br>Dept: Hon. Oliver W. Wanger |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for February 2, 2009, **may be continued to February 23, 2009, at 9:00 A.M.**

This continuance is requested because due to a recent development in case law, the Presentence Investigation Report will need to be revised. The parties will then need additional time to review the revised report and time for a reassessment of a plea offer by the United States Attorney's office. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

LAWRENCE G. BROWN
Acting United States Attorney

DATED: January 27, 2009        /s/ Ian L. Garriques
                               IAN L. GARRIQUES
                               Assistant United States Attorney
                               Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: January 27, 2009        /s/ Rachel Hill
                               RACHEL HILL
                               Assistant Federal Defender
                               Attorney for Defendant
                               Cesar Ibarra-Santillan

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 29, 2009**            /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE